UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20978-CIV-MORENO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ENRIQUE HERNANDEZ,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

THIS MATTER comes before the Court on the Motion to Suppress Illegal Search and Seizure and Any Statement Made in Connection Therewith (DE# 44, 9/1/16) filed by defendant Enrique Hernandez. This motion was referred to the undersigned pursuant to 28 U.S.C. § 636(b) for a report and recommendation. See Order of Reference to Magistrate (DE# 77, 10/14/16). Having reviewed the applicable filings and the law and having held an evidentiary hearing on October 25, 2016, the undersigned respectfully RECOMMENDS that the Motion to Suppress Illegal Search and Seizure and Any Statement Made in Connection Therewith (DE# 44, 9/1/16)[1] be **DENIED** for the reasons stated at the October 25, 2016 evidentiary hearing.

---

[1] The instant motion seeks, in part, to suppress post-arrest statements made by the defendant. The government states that it "is not seeking to admit any statements or any 'tacit admissions' made by the defendant while in custody." Government's Response to Defendant Hernandez's Motion to Suppress Evidence (DE# 45 at 5, 9/8/16). Therefore, the request to suppress post-arrest statements is moot and will not be further addressed in this Report and Recommendation.

## BACKGROUND

Enrique Hernandez (hereinafter "defendant") was charged by Indictment in the Southern District of Florida with conspiracy to distribute 500 grams or more of cocaine in violation of Title 21, United States Code, Section 846 (Count 1) and distribution of cocaine in violation of Title 21, United States Code, Section 841(a)(1) (Count 3). See Indictment (DE# 38, 6/29/12).

On September 1, 2016, the defendant filed the instant motion to suppress. See Motion to Suppress Illegal Search and Seizure and Any Statement Made in Connection Therewith (DE# 44, 9/1/16). The government filed its response in opposition on September 8, 2016. See Government's Response to Defendant Hernandez's Motion to Suppress Evidence (DE# 45, 9/8/16). No reply was filed. On October 25, 2016, the undersigned held an evidentiary hearing.

This matter is ripe for adjudication.

## ANALYSIS

The defendant seeks to suppress evidence recovered by law enforcement on June 16, 2016 during a search of the defendant's residence in Deerfield Beach, Florida. The evidence the defendant seeks to suppress includes cash money, eight kilograms of cocaine and packaging material.

Based on the factual findings announced at the October 25, 2016 evidentiary hearing and for legal reasons stated at that hearing, the undersigned respectfully recommends that the Motion to Suppress Illegal Search and Seizure and Any Statement Made in Connection Therewith (DE# 44, 9/1/16) be **DENIED**.

## **RECOMMENDATION**

In accordance with the foregoing, the undersigned respectfully recommends that the Motion to Suppress Illegal Search and Seizure and Any Statement Made in Connection Therewith (DE# 44, 9/1/16) be **DENIED**.

The parties shall have until **Tuesday, November 1, 2016** to file written objections, if any, with the Honorable Federico A. Moreno, United States District Judge. Any responses shall be filed no later than **Monday, November 7, 2016**. If objections are filed, a copy of the transcript of the October 25, 2016 evidentiary hearing shall be ordered and provided to the District Court. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report except upon grounds of plain error if necessary in the interest of justice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (1989); 11th Cir. R. 3-1 (2016).

RESPECTFULLY SUBMITTED at the United States Courthouse, Miami, Florida this **25th** day of October, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Moreno
All counsel of record