UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20978-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ENRIQUE HERNANDEZ

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS

THIS CAUSE came before the Court upon defendant's motion to suppress illegal search and seizure and any statement made in connection therewith **[D.E. #44]** and a Calendar Call hearing being held on December 6, 2016, it is

**ORDERED and ADJUDGED** that the Court **ADOPT** the Report and Recommendation of Magistrate Judge O'Sullivan **[D.E. #87]** and after a De Novo Review, the motion to suppress is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida in Open Court this 6th day of December, 2016 and signed this ___7___ day of December, 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record